

# UNITED STATES DISTRICT COURT
## Southern District of Indiana

**Laura A. Briggs, Clerk of Court**

| Birch Bayh Federal Building | U.S. Courthouse, Room 104 | Winfield K. Denton Federal Building | Lee H. Hamilton Federal Building |
| --- | --- | --- | --- |
| & U.S. Courthouse, Room 105 | 921 Ohio Street | & U. S. Courthouse, Room 304 | & U.S. Courthouse, Room 210 |
| 46 East Ohio Street | Terre Haute, IN 47807 | 101 NW Martin Luther King Blvd. | 121 West Spring Street |
| Indianapolis, IN 46204 | (812) 231-1840 | Evansville, IN 47708 | New Albany, IN 47150 |
| (317) 229-3700 | | (812) 434-6410 | (812) 542-4510 |

August 22, 2017

Gino J. Agnello, Clerk
United States Court of Appeals
219 South Dearborn St, #2722
Chicago, IL 60604


RE: UNITED STATES OF AMERICA v. DANIEL STEWART
    USCA No. 16-4105
    USDC No. 1:15-cr-00024-WTL-DKL-1


Dear Mr. Agnello:

Attached to this email message, please find the Supplemental Record in the above referenced case, sent per the "Notice to Transmit Record on Appeal" dated August 16, 2017. The Supplemental Record consists of:

      13     Vols./Files of Sealed Documents
       1     Vols./Files of Sealed Transcript


                               Sincerely,
                               Laura A. Briggs,
                               Clerk of Court

                               By Laura Townsend, Deputy Clerk
                               812-542-4511


*Visit us at:* www.insd.uscourts.gov