FILED
NOV 27 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

11-19-18

To: The Honorable William Lawrence

Dear Judge Lawrence, I'm writing you in regards to information I believe was withheld from me, that I asked for. I asked my lawyer specifically "full" discovery; more specifically for grand jury transcripts of Juan Lizzaraga (the Government's star witness against me). I never received these documents and I believe I can prove my defense was prejudiced because of. I believe said documents will show misconduct on behalf of Government coaching Mr. Lizzaraga into perjury during trial. Going forward I need my full discovery to highlight my arguments.

Also, I asked the court to mistrial because of a conflict involving lead Prosecutor Michelle Brady and her husband DEA agent Sean Brady being attached to case. During trial you denied my motion stating that the Government claims her husband's role was insignificant. Concerning "interest" the Supreme Court has ruled that the defendant is only required to point out a small impropriety. The fact that the Government concedes therefore was enough to have warranted more serious consideration and at very least an evidentiary hearing.

You did in fact ensure me that matter was preserved for collateral review/attack, but my lawyers on Direct declined to raise it saying it would be a sure lost because of the Seventh Circuit's reluctancy to re-weigh evidence and your ruling that the role wasn't significant. Therefore, through their advice I was told to somehow develop the record to support my argument and raise it later somehow. This is my attempt now.

Now I don't know exactly how to get this argument back into court or at what stage but I would humbly ask the Court to order the Government & DEA Agent Sean Brady to unhand any and all records favorable to this said "conflict." →

This would encompass info/evidence starting with the investigation of Geraldo Colon to which the Government proclaimed a nexus to my case. Any and all material/evidence involving Sean Brady's involvement with Jason Lizarraga and/or any other persons in the Primary investigation of Me and/or Geraldo Colon.

Lastly, if I can ask humbly for you to somehow consider modifying my fine it would be greatly appreciated. I received a $3600 fine which is becoming a great burden considering how so many people have distance themselves out of my life because of such a lengthy sentence. I would also like to refresh that the court found me indigent rendering this fine that much more burdensome. As of date, I'm enrolled into The Life Connections Program and its intensive schedule doesnt allow me to take advantage of the better jobs the compound offers such as Unicor because of their need for people who can work greater hours and overtime. I current make $5.50 a month working at Rec. I'm required to have $25.00 every 3 months for FRP. Failure to make FRP could result in me being expelled from the LCP.

Respectfully,
Daniel Stewart

11-19-18